UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM SAWYER PRODUCTIONS, INC.<br>1218 Maple Street<br>Columbia, South Carolina 29205<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE PARTNERS ACHIEVING<br>    SOLUTIONS, INC.<br>12302 Longwater Drive<br>Mitchellville, Maryland 20721<br>Serve:    Renata Roy, Resident Agent<br><br>And<br><br>RENATA ROY, Personally<br>12302 Longwater Drive<br>Mitchellville, Maryland 20721<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT
(Tortious Interference with Contractual Relationship)

COMES NOW THE PLAINTIFF, Tom Sawyer Productions, Inc., by counsel, and alleges the following:

I

Plaintiff, Tom Sawyer Productions, Inc., is a corporation organized under the laws of the State of South Carolina, licensed to do business and doing business in the District of Columbia (hereinafter "TSP").

1

II

Defendant, Progressive Partners Achieving Solutions, Inc. is a corporation solely owned by Renata Roy, that is organized under the laws of the State of Maryland, not in good standing, not licensed to do business in the District of Columbia and that is doing business in the District of Columbia (hereinafter "PPAS").

III

Defendant, Renata Roy, in her personal capacity, resides at 12302 Longwater Drive, City of Mitchellville, County of Prince Georges, State of Maryland (hereinafter "ROY").

IV

Pursuant to 28 U.S.C.A. §1332, this action is of a civil nature involving, exclusive of interest and costs, a sum in excess of Seventy-Five Thousand Dollars ($75,000.00). Every issue of law and fact in this matter is wholly between the citizens of different states.

V

On or about April 27, 2006, Plaintiff commenced a business relationship with a third party, the Federal Highway Administration (hereinafter "FHWA"), who contracted plaintiff's services in planning, coordinating, marketing and logistical support for the FHWA's National Civil Rights

2

Transportation Summit--2007, whereby Plaintiff had a reasonable expectation of economic gain of no less than Five Hundred Forty-Five Thousand Nine Hundred Forty-Six Dollars and Eighty-Four Cents ($545,946.84).

VI

On or about April 27, 2006, and at all times relevant to this action, the third party, FHWA, was an independent entity, unaffiliated with either Plaintiff or Defendants.

VII

Upon information and belief, prior to and on or about July 21, 2006, during the time Plaintiff was in privity of contract with the third party, FHWA, in connection with the business relationship described in Paragraph V, Defendants pursued a course of conduct consisting of unauthorized and inappropriate communications with the FHWA contracting officers, which was intended to disrupt Plaintiff's relationship with the third party, and which in fact did disrupt that relationship.

VIII

In engaging in the conduct described in Paragraph VII, Defendants intended to impair or destroy Plaintiff's business relationship with the third party, FHWA, thereby destroying Plaintiff's expectancy of economic gain.

Defendants engaged in the interfering conduct with malice toward Plaintiff and a desire to injure Plaintiff economically, and with wantonness and disregard of Plaintiff's rights. Defendants' conduct was improper, unlawful, and unfair, in that it was not authorized, involved a restraint of trade, and was defamatory.

IX

The conduct engaged in by Defendant and described in Paragraph VII was the proximate cause of the loss or impairment of Plaintiff's business relationship with the third party, FHWA, which resulted in the Plaintiff's loss of the expectancy of economic gain.

X

As a result of the impairment or loss of Plaintiff's business relationship with the third party, FHWA, Plaintiff suffered a loss of the economic expectancy arising from the relationship, including damages in the form of loss of reputation and business credibility, and amounting to monetary damages of at least Five Hundred Forty-Five Thousand Nine Hundred Forty-Six Dollars and Eighty-Four Cents ($545,946.84).

XI

Defendants were not justified or privileged to engage in the conduct described in Paragraph VII, which resulted in the loss of Plaintiff's business relationship with the third party, FHWA,

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants and requests that the court grant relief as follows:

1. Compensatory damages for the value of the business opportunity or expectancy that was lost as a result of the Defendant's tortious and improper interference, the amount of which is no less than Five Hundred Forty-Five Thousand Nine Hundred Forty-Six Dollars and Eighty-Four Cents ($545,946.84).

2. Punitive damages in the amount of Three Hundred Fifty Thousand Dollars ($350,000.00).

3. Any other relief to which Plaintiff may be properly and justly entitled.

Respectfully submitted,
Guydon Love, LLP

Jonathan F.S. Love, Esq.
Bar #: 424085
3309 Duke Street
Alexandria, VA  22314
(703) 212-9000
jlove@guydonlove.com

## I (a) PLAINTIFFS

Tom Sawyer Productions, Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jonathan F.S. Love, Esq.
3309 Duke Street
Alexandria, VA 22314
(703) 212-9000

## DEFENDANTS

Progressive Partners Achieving Solutions, Inc., and Renata Roy

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-01304
Assigned To : Collyer, Rosemary M.
Assign. Date : 7/23/2007
Description: General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
⦿ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ⦿ 5 | ⦿ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

410 Antitrust

○ **B. Personal Injury/ Malpractice**

310 Airplane
315 Airplane Product Liability
320 Assault, Libel & Slander
330 Federal Employers Liability
340 Marine
345 Marine Product Liability
350 Motor Vehicle
355 Motor Vehicle Product Liability
360 Other Personal Injury
362 Medical Malpractice
365 Product Liability
368 Asbestos Product Liability

○ **C. Administrative Agency Review**

151 Medicare Act

Social Security:
861 HIA ((1395ff)
862 Black Lung (923)
863 DIWC/DIWW (405(g)
864 SSID Title XVI
865 RSI (405(g)
Other Statutes
891 Agricultural Acts
892 Economic Stabilization Act
893 Environmental Matters
894 Energy Allocation Act
890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

⦿ **E. General Civil (Other)**     OR     ○ **F. Pro Se General Civil**

**Real Property**
210 Land Condemnation
220 Foreclosure
230 Rent, Lease & Ejectment
240 Torts to Land
245 Tort Product Liability
290 All Other Real Property

**Personal Property**
370 Other Fraud
371 Truth in Lending
380 Other Personal Property Damage
385 Property Damage Product Liability

**Bankruptcy**
422 Appeal 28 USC 158
423 Withdrawal 28 USC 157

**Prisoner Petitions**
535 Death Penalty
540 Mandamus & Other
550 Civil Rights
555 Prison Condition

**Property Rights**
820 Copyrights
830 Patent
840 Trademark

**Federal Tax Suits**
870 Taxes (US plaintiff or defendant
871 IRS-Third Party 26

**Forfeiture/Penalty**
610 Agriculture
620 Other Food &Drug
625 Drug Related Seizure of Property 21 USC 881
630 Liquor Laws
640 RR & Truck
650 Airline Regs
660 Occupational Safety/Health
690 Other

**Other Statutes**
400 State Reapportionment
430 Banks & Banking
450 Commerce/ICC Rates/etc.
460 Deportation

470 Racketeer Influenced & Corrupt Organizations
480 Consumer Credit
490 Cable/Satellite TV
810 Selective Service
850 Securities/Commodities/ Exchange
875 Customer Challenge 12 USC 3410
900 Appeal of fee determination under equal access to Justice
950 Constitutionality of State Statutes
⊗ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

②

| ○ G. *Habeas Corpus/ 2255*<br><br>530 Habeas Corpus-General<br>510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br><br>442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>895 Freedom of Information Act<br>890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br><br>710 Fair Labor Standards Act<br>720 Labor/Mgmt. Relations<br>730 Labor/Mgmt. Reporting & Disclosure Act<br>740 Labor Railway Act<br>790 Other Labor Litigation<br>791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>441 Voting (if not Voting Rights Act)<br>443 Housing/Accommodations<br>444 Welfare<br>440 Other Civil Rights<br>445 American w/Disabilities-Employment<br>446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of Overpayment & Enforcement of Judgment<br>153 Recovery of Overpayment of Veteran's Benefits<br>160 Stockholder's Suits<br>190 Other Contracts<br>195 Contract Product Liability<br>196 Franchise | ○ N. *Three-Judge Court*<br><br>441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Pursuant to 28 U.S.C.A. 1332, this action is of a civil nature involving, exclusive of interests and costs, a sum in excess of $75,000.00

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND** $ 895,946.84    Check YES only if demanded in complaint
**JURY DEMAND:** YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐ NO ☐    If yes, please complete related case form.

**DATE** 07/23/07    **SIGNATURE OF ATTORNEY OF RECORD** _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

    VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.