AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TOM SAWYER PRODUCTIONS, INC

**SUMMONS IN A CIVIL CASE**

v.

PROGRESSIVE PARTNERS ACHEIVING SOLUTIONS, INC, et al.

Case: 1:07-cv-01304
Assigned To : Collyer, Rosemary M.
Assign. Date : 7/23/2007
Description: General Civil

TO: (Name and address of Defendant)

RENATA ROV
12302 Longwater Dr.
Mitchellville, MD 20721

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JONATHAN F.S. LOVE, ESQ.
3309 DUKE STREET
ALEXANDRIA, VA 22314

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 23 2007
DATE

(By) DEPUTY CLERK

07-25-2007 07:20pm From- T-101 P.002/002 F-771
Case 1:07-cv-01304-RMC Document 3 Filed 07/25/2007 Page 2 of 2
AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | July 23, 2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Jonathan F.S. Love | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: **LAD Reporting**
**1100 Connecticut Ave., NW, Ste. 850, Washington, DC 20036**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/24/2007
*Date*

*Signature of Server* JONATHAN F.S. LOVE

3309 Duke St., Alexandria, VA 22317
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.