IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

TOM SAWYER PRODUCTIONS, INC., :
:
Plaintiff, :
: Case No. 1:07 CV 01304
v. : Judge Rosemary M. Collyer
:
PROGRESSIVE PARTNERS ACHIEVING : eFiled Case
SOLUTIONS, INC., :
AND :
RENATA ROY :
:
Defendants. :

## CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Tom Sawyer Productions, Inc., by and through undersigned counsel, hereby certifies that there are no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are being made in order that judges of this Court may determine the need for recusal.

Dated: July 30, 2007

                                          TOM SAWYER PRODUCTIONS, INC.
                                          By Counsel

                                          Jonathan F.S. Love, Esq., DCB#424085
                                          GUYDON LOVE, LLP
                                          3309 Duke Street
                                          Alexandria, Virginia 22314
                                          Tel   (703) 212-9000
                                          Fax  (703) 212-9001
                                          Email  jlove@guydonlove.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| TOM SAWYER PRODUCTIONS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.    1:07 CV 01304 |
| v. | : | Judge    Rosemary M. Collyer |
| | : | |
| PROGRESSIVE PARTNERS ACHIEVING | : | eFiled Case |
| SOLUTIONS, INC., | : | |
| AND | : | |
| RENATA ROY | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Certificate of Disclosure of Corporate Affiliations and Financial Interests was sent this 30th day of July, 2007 via:

☐ Telecopy                    ☐ Overnight Mail
☐ Electronic Mail             ☐ Courier
➢ USPS First Class Mail       ☐ Other: _____
☐ USPS Certified Mail         _____

to the following counsel of record:

Progressive Partners Achieving
    Solutions, Inc.
c/o Renata Roy, Resident Agent
12302 Longwater Drive
Mitchellville, Maryland 20721
*Defendant*

Renata Roy
12302 Longwater Drive
Mitchellville, Maryland 20721
*Defendant*

_____
Jonathan F.S. Love, Esq., DCB#424085
GUYDON LOVE, LLP
3309 Duke Street
Alexandria, Virginia 22314
Tel    (703) 212-9000
Fax    (703) 212-9001
Email  jlove@guydonlove.com

2