UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM SAWYER PRODUCTIONS, INC. )<br>Plaintiff, )<br> )<br>v. )<br> )<br>PROGRESSIVE PARTNERS )<br>ACHIEVING SOLUTIONS, INC., et. al. )<br> ) | Case No.:1:07CV01304<br>Judge: Rosemary M. Collyer |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

COMES NOW, defendants, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), hereby moves this Honorable Court for an enlargement of time until September 28, 2007, to file a response to the Complaint. In support therefore, defendants respectfully refer the Court to the annexed memorandum of points and authorities. Pursuant to LCvR 7(m), undersigned counsel sent via facsimile on August 9, 2007, a letter to opposing counsel seeking consent to the instant motion. However, as of the time of filing, undersigned counsel has not received a response.

WHEREFORE, by all these presents, counsel for defendants pray that the instant motion be granted.

Respectfully submitted,

Rolinski & Suarez, L.L.C.


___/s/ Danielle M. Espinet___
Danielle M. Espinet, Bar # 478553
14915 River Rd.
Potomac, MD 20854
Ph: (240)632-0903
Fax: (240) 632-0906
Email: despinet@rolinski.com

Counsel for the Defendants

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2007, that a copy of Defendants' Motion to Extend Time to Respond to the Complaint, and the Memorandum in Support thereof, was served via ECF on:

Jonathan F.S. Love, Esq.
Guydon Love, LLP
3309 Duke Street
Alexandria, VA 22314.

/s/ Danielle M. Espinet
_____
Danielle M. Espinet

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM SAWYER PRODUCTIONS, INC. )<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROGRESSIVE PARTNERS )<br>ACHIEVING SOLUTIONS, INC., et. al. )<br>_____ ) | Case No.:1:07CV01304<br>Judge: Rosemary M. Collyer |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

On July 23, 2007, plaintiff's counsel served on the defendants the Complaint[1]. On July 26, 2007, undersigned counsel left for a previously scheduled trip out of the country. Undersigned counsel did not return to the office until August 9, 2007. Plaintiff's counsel now has conflicting professional obligations that require her immediate attention. Further, undersigned counsel is getting married on September 1, 2007, and will be on her honeymoon until September 15, 2007.

Moreover, undersigned counsel has serious concerns with regard to the propriety of the instant suit. In fact, it has come to undersigned counsel's attention that the allegations in the Complaint are completely without merit and not filed in good faith. Undersigned counsel has communicated this in a letter to opposing counsel and has asked him to dismiss the lawsuit. *See* Exh. 1.

Neither party, nor the Court will be prejudiced by the Court's approval of this extension.

---

[1] Undersigned counsel has some concerns with regard to the method of service. The Defendants were personally served by plaintiff's counsel after he deposed Ms. Roy in a related suit currently pending D.C. Superior Court.

1

WHEREFORE, defendants pray that this Honorable Court grant the instant motion and extend defendants' time to file their response to the Complaint until October 1, 2007.

Respectfully submitted,

Rolinski & Suarez, L.L.C.


   /s/Danielle M. Espinet
Danielle M. Espinet, Bar # 478553
14915 River Rd.
Potomac, MD 20854
Ph: (240)632-0903
Fax: (240)632-0906
Email: despinet@rolinski.com

Counsel for the Defendants

# Exhibit 1

SYLVIA J. ROLINSKI*
LOUIS J. SUAREZ**
DANIELLE M. ESPINET***

*Admitted in MD, DC and NY
**Admitted in MT
***Admitted in NY, MD, DC, and FL

# ROLINSKI & SUAREZ, LLC
## ATTORNEYS AT LAW
14915 River Road
Potomac, Maryland 20854
Tel: (240) 632-0903
Fax: (240) 632-0906
www.Rolinski.com

DEspinet@Rolinski.com

Suite 440
1615 L St., N.W.
Washington, D.C. 20036
202-445-6955

Longwood, Florida
(Orlando Metro Area)

Sofia, Bulgaria
Varna, Bulgaria

August 10, 2007

*VIA FACSIMILE*
Mr. Jonathan Love
The Love Law Firm
3309 Duke St.
Alexandria, VA

Re: *Tom Sawyer Company v PPAS*

Dear Mr. Love:

I have had serious concerns with the propriety of the complaint you filed in the above captioned case against my clients. In fact, at the time the complaint was filed, I was sure that you did not investigate the facts alleged nor the possibility that the complaint would be barred under the compulsory counter claim rules. Having spoken to several people in the office of civil rights in the Federal Highway Administration, I am now certain that the complaint is groundless. Since you have no good faith basis to maintain this action against my clients, I demand that you dismiss this case immediately. I invite you to review the enclosed declaration.

If you do not dismiss the complaint by close of business on August 13, 2007, I will be forced to draft and serve a Rule 11 Motion on you. If I have to draft such a motion, I will seek attorney's fees and sanctions. Please let me hear from you with regard to your intentions.

Sincerely,

Danielle M. Espinet, Esq.

DME/kr
G:\Legal Docts\Civil\Tom Sawyer Productions v. PPAS\Correspondence\correspondence counsel\07-08-10 fax DME to Love.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM SAWYER PRODUCTIONS, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| PROGRESIVE PARTNERS ACHIEVING SOLUTIONS, INC., *ET. AL.* | ) |
| Defendants. | ) |

## DECLARATION OF FREDERICK ISLER

FREDERICK ISLER, being duly sworn, deposes and says:

1) I Frederick Isler, am an adult citizen of the United States. I am competent to make the statements contained herein and am personally familiar with the facts surrounding the allegations in the above captioned case.

2) I currently work in the United States Department of Transportation, Federal Highway Administration. I am the Associate Administrator of the Office of Civil Rights.

3) In my capacity as Associate Administrator of the Office of Civil Rights, I was the manager of the FHWA Contract referred in the Complaint (the "Contract"). I am familiar with the facts and circumstances surrounding the decision to terminate that Contract.

4) As the Associate Administrator of the Office of Civil Rights and the manager of the Contract, I was the sole decision maker with regard to the determination of the need for the Contract, the final approval of the Contract and any decisions to terminate the Contract. No one else has the authority to make those decisions.

5) I terminated the Contract on September 6, 2006.

6) My decision to terminate the Contract on that day was not influenced in any way by the actions or inactions of either Progressive Partners Achieving Solutions, Inc. ("PPAS") or Renata Roy ("Roy"). As a matter of fact, my decision to terminate the FHWA contract had absolutely nothing to do with either PPAS or Roy at all.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my personal knowledge.

*Frederick Isler*
Frederick Isler

Date: July 26, 2007