UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOM SAWYER PRODUCTIONS, INC.     :
                                 :
        **Plaintiff.**           :
    v.                           :   1:07CV01304 (RMC)
                                 :
                                 :
PROGRESSIVE PARTNERS             :
ACHIEVING SOLUTIONS, et al.      :
                                 :
        **Defendants.**          :

<u>PLAINTIFF TOM SAWYER PRODUCTION, INC.'S
MOTION FOR ENLARGEMENT FO TIME TO LATE FILE ITS
RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR IN THE
ALTERNATIVE FOR SUMMARY JUDGMENT</u>

NOW COMES, the plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), who moves this Honorable Court for an enlargement of time until November 6, 2007, in which to file a response to the defendants' motion to dismiss or in the alternative for summary judgment. In support thereof, the plaintiff respectfully submits the attached memorandum of points and authorities.

Pursuant to Local Rule Cv 7(m), undersigned counsel has conferred with opposing counsel regarding their consent to the instant motion. Opposing counsel does not consent to the motion.

Wherefore, counsel for the plaintiff respectfully requests that this motion for enlargement of time be granted.

          Respectfully submitted,

            /s/ Jonathan F.S. Love          .
          Jonathan F.S. Love, Esq.
          Bar No. 424085
          Guydon Love, LLP
          3309 Duke Street
          Alexandria, VA  22314
          (703) 212-9000 Telephone
          (703) 212-9001 Facsimile
          jlove@guydonlove.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM SAWYER PRODUCTIONS, INC. | : |
| | : |
| **Plaintiff.** | : |
| v. | : 1:07CV01304 (RMC) |
| | : |
| | : |
| PROGRESSIVE PARTNERS | : |
| ACHIEVING SOLUTIONS, et al. | : |
| | : |
| **Defendants.** | : |

<u>PLAINTIFF TOM SAWYER PRODUCTION, INC.'S
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
ITS MOTION FOR ENLARGEMENT OF TIME TO LATE FILE ITS
RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR IN THE
ALTERNATIVE FOR SUMMARY JUDGMENT</u>

Plaintiff, Tom Sawyer Productions, Inc. ("TSP"), by her attorney, Jonathan F.S. Love, Esq., respectfully submits the following points and authorities.

1.   This matter pertains to the defendants' tortious interference with a contract issued to the plaintiff by the Federal Highway Administration ("FHWA"), which, upon information and belief, was cancelled as a result of the defendants' personal communications and protestations with the FHWA contracting authorities, including Fred Isler, Associate Administrator of the Office of Civil Rights.

1

2. On or about September 28, 2007, the defendants filed a motion to dismiss or in the alternative for summary judgment.

3. From September 28, 2007 until the present, undersigned counsel has been actively involved in three hotly contested matters in the U.S. District Court in the District of Columbia and in the U.S. District Court for the District of Maryland, one of which involved preparation for a trial before the Honorable Alexander Williams that was scheduled for October 9, 2007.

4. In addition, during that time, undersigned counsel was involved in the preparation for trial on October 1, 2007, in the District Court of Maryland for Prince Georges County, and in the October 2, 2007 deposition of Carolyn Sawyer of TSP, who was deposed by the defendants' counsel.

5. Now that motions and discovery inspections and conferences in a matter now set for trial on November 26, 2007, before the Honorable John D. Bates has concluded, undersigned counsel has the time to focus upon the defendants' extensive motion to dismiss.

WHEREFORE, for good reason shown, undersigned counsel respectfully requests that this Honorable Court grant an enlargement of time to November 6, 2007, in which to reply to the defendants' motion, the response to which has been delayed by the press of other matters well beyond counsel's control.

2

Respectfully submitted,

  /s/ Jonathan F.S. Love    .
Jonathan F.S. Love, Esq.
Bar No. 424085
Guydon Love, LLP
3309 Duke Street
Alexandria, VA  22314
(703) 212-9000 Telephone
(703) 212-9001 Facsimile
jlove@guydonlove.com

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOM SAWYER PRODUCTIONS, INC.  :
                                                       :
        **Plaintiff.**               :
       v.                               :   1:07CV01304 (RMC)
                                                       :
PROGRESSIVE PARTNERS        :
ACHIEVING SOLUTIONS, et al.    :
                                                     :
        **Defendants.**      :

ORDER

    This matter came on to be heard on the plaintiff's Tom Sawyer Production, Inc.'s Motion for Enlargement of Time to file their opposition to Defendant's motion to dismiss and in the alternative for summary judgment.

    After due consideration of plaintiff's motion, and the defendant's opposition thereto,

    It is hereby ORDERED, that plaintiff's Motion for An Enlargement of Time In Which to File An Opposition to Defendant's Motion is hereby GRANTED.

    It is further ORDERED, that the plaintiff shall file their response by November 6, 2007.

SO ORDERED.

Dated:

_____
Rosemary M. Collyer, Judge