UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM SAWYER PRODUCTIONS, INC.  )<br>　　　　Plaintiff,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>PROGRESSIVE PARTNERS　　　　　)<br>ACHIEVING SOLUTIONS, INC., <u>et. al.</u> )<br>_____)  | Case No.:1:07CV01304<br>Judge: Rosemary M. Collyer |

**DEFENDANTS' NOTICE OF INTENTION TO FILE OPPOSITION
TO PLAINTIFF'S MOTION TO ENLARGE TIME**

Defendants' hereby respectfully notify the Court that they intend to file an opposition to Plaintiff's Motion to Extend Time on or before October 26, 2007. Defendants wish to bring to the Court's attention additional material and relevant facts that were omitted from Plaintiff's motion, most importantly that Plaintiff was required to file its opposition to Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, on or before October 12, 2007, and failed to do so. Plaintiff also failed to file a motion to enlarge time on or before October 12, 2007, and files its motion for the first time some eleven days after its deadline had already expired.

Respectfully submitted,

Rolinski & Suarez, L.L.C.

　/s/Danielle M. Espinet
Danielle M. Espinet, Bar # 478553
14915 River Rd.
Potomac, MD 20854
Ph: (240)632-0903
Fax: (240)632-0906
Email: despinet@rolinski.com

Counsel for the Defendants