UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM SAWYER PRODUCTIONS, INC. : | |
| : | |
| Plaintiff. : | |
| v. : | 1:07CV01304 (RMC) |
| : | |
| : | |
| PROGRESSIVE PARTNERS : | |
| ACHIEVING SOLUTIONS, et al. : | |
| : | |
| Defendants. : | |

PLAINTIFF TOM SAWYER PRODUCTION, INC.'S
NOTICE REGARDING THE STATUS OF PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS OR IN THE
ALTERNATIVE FOR SUMMARY JUDGMENT

Plaintiff, Tom Sawyer Productions, Inc. ("TSP"), by their attorney, Jonathan F.S. Love, Esq., respectfully submits notice that on November 6, 2007, at 7:16 P.M., plaintiff's opposition to the defendants' motion to dismiss or in the alternative for summary judgment suffered a Microsoft Word file error, that requires counsel to re-draft the entire motion and memorandum of points and authorities, which shall be done forthwith and filed immediately thereafter with the Court's permission.

A copy of the unintelligible draft is available for review.

1

Respectfully submitted,

/s/Jonathan F.S. Love
Jonathan F.S. Love, Esq.
Bar No. 424085
Guydon Love, LLP
3309 Duke Street
Alexandria, VA 22314
(703) 212-9000 Telephone
(703) 212-9001 Facsimile
jlove@guydonlove.com

2