UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOM SAWYER PRODUCTIONS, INC.  :
:
Plaintiff,  :
v.  :  1:07CV01304 (RMC)
:
:
PROGRESSIVE PARTNERS  :
ACHIEVING SOLUTIONS, et al.  :
:
Defendants.  :

### PLAINTIFF TOM SAWYER PRODUCTION, INC.'S NOTICE OF INTENT TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Plaintiff, Tom Sawyer Productions, Inc. ("TSP"), by their attorney, Jonathan F.S. Love, Esq., respectfully submits notice that plaintiff intends to file its response to defendants' motion to dismiss or in the alternative for summary judgment on or before Friday, November 23, 2007.

TOM SAWYER PRODUCTIONS, INC.
By Counsel

_____/s/ Jonathan F.S. Love_____
Jonathan F. S. Love, Esq, DCB#424085
GUYDON LOVE, LLP
3309 Duke Street
Alexandria, VA 22314
jlove@guydonlove.com
Tel (703) 212-9000
Fax (703) 212-9001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOM SAWYER PRODUCTIONS, INC.    :
             :
          Plaintiff.    :
v.    :    1:07CV01304 (RMC)
             :
             :
PROGRESSIVE PARTNERS    :
ACHIEVING SOLUTIONS, et al.    :
             :
          Defendants.    :

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Notice of Intent to File Plaintiff's Response to Defendants' Motion to Dismiss was sent this 21st day of November, 2007, via:

- ☐ Telecopy
- ➢ Electronic Mail
- ➢ USPS First Class Mail
- ☐ USPS Certified Mail

- ☐ Overnight Mail
- ☐ Courier
- ☐ Other: _____

to the following counsel of record:

Danielle M. Espinet, Esq.
Rolinski & Suarez, LLC
14915 River Road
Potomac, Maryland 20854
Tel (240) 632-0903
despinet@rolinski.com
*Counsel for Defendants*

                                              /s/ Jonathan F.S. Love
                                   Jonathan F. S. Love, Esq, DCB#424085
                                   GUYDON LOVE, LLP
                                   3309 Duke Street
                                   Alexandria, VA 22314
                                   jlove@guydonlove.com
                                   Tel (703) 212-9000